WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Defendant
SIERRA PACIFIC MORTGAGE COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SIPE,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE BANK; SIERRA PACIFIC MORTGAGE COMPANY, INC.; BANK OF MADERA COUNTY; COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; FINANCIAL ADVANTAGE, INC.; JOHN NORBERG; CAROL DESILVA; and Does 1-20, inclusive,<br><br>            Defendants. | Case No. 1:09-CV-00798-OWW-DLB<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  May 4, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Case No. 09-00798 OWW/DLB)**

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Local Rules 83-143 and 6-144(a), Plaintiff VINCENT SIPE and Defendant
2  SIERRA PACIFIC MORTGAGE COMPANY, INC., by and through their duly-authorized
3  attorneys, HEREBY STIPULATE AND AGREE that Sierra Pacific shall have until August 7,
4  2009, inclusive, to respond to the Complaint filed in this matter by Mr. Sipe.  The basis for this
5  stipulation is Mr. Sipe's imminent filing of an amended complaint that will relieve Sierra Pacific
6  from having to respond to the currently-operative complaint.

7    IT IS SO STIPULATED.

8  DATED: July 13, 2009                              WILKE, FLEURY, HOFFELT,
                                                     GOULD & BIRNEY, LLP

11                                                   By:    /s/ Daniel L. Baxter
                                                            DANIEL L. BAXTER
                                                         Attorneys for Defendant
12                                                    SIERRA PACIFIC MORTGAGE
                                                           COMPANY, INC.

15  DATED: July 13, 2009                             LAW OFFICES OF JONATHAN G. STEIN

17                                                   By:    /s/ Jonathan G. Stein
                                                            JONATHAN G. STEIN
                                                         Attorneys for Plaintiff
18                                                          VINCENT SIPE

**ORDER**

21    IT IS SO ORDERED.

23  DATED:  __July 14, 2009 _____        _/s/ OLIVER W. WANGER_____
                                              UNITED STATES DISTRICT JUDGE

25  440039.1