| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| 2 | PATRICIA L. MCCLARAN (State Bar No. 95754) |
|   | ANDREW W. NOBLE (State Bar No. 245993) |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 6 | Email: awn@severson.com |
| 7 | Attorneys for Defendants |
|   | Countrywide Bank; Mortgage Electronic |
| 8 | Registration System, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINCENT SIPE, | Case No.: 1:09-CV-00798-OWW-DLB |
| Plaintiff, | **ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| COUNTRYWIDE BANK, SIERRA PACIFIC MORTGAGE COMPANY, INC., BANK OF MADERA COUNTY, COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., FINANCIAL ADVANTAGE, INC., JOHN NORBERG, CAROL DESILVA and DOES 1-20 inclusive, | Date: February 8, 2010<br>Time: 10:00 a.m.<br>Dept: Courtroom 3<br>Judge: Hon. Oliver W. Wanger<br>Complaint Filed: May 4, 2009<br>Trial Date: None Set<br>Accompanying Documents: Motion to Appear By Telephone |
| Defendants. | |

| | |
|---|---|
| 1 | The Court having reviewed the motion to appear by telephone at hearing on motion to |
| 2 | dismiss first amended complaint, and good cause appearing therefore, hereby orders as follows: |
| 3 | IT IS HEREBY ORDERED that defendants Countrywide Bank and Mortgage Electronic |
| 4 | Registration System, Inc. ("defendants"), may appear telephonically at the hearing on defendants' |
| 5 | motion to dismiss first amended complaint (Document #15) currently set to be heard on February 8, |
| 6 | 2010, at 10:00 a.m. in Courtroom 3 of the above-entitled Court. |
| 7 | The instructions for this appearance are as follows: |
| 8 | Counsel shall contact opposing parties to verify if they also wish to appear telephonically. |
| 9 | The parties will need to set up a conference call (either through the operator or on a conference call |
| 10 | on an internal phone system). When all parties have been connected to the conference they may dial |
| 11 | into Judge Wanger's chambers on one line at (559) 499-5650 at 10:00AM. If opposing |
| 12 | counsel/parties wish to appear in person, counsel may appear telephonically by calling chambers |
| 13 | directly. |

DATED: February 2, 2010

By: /s/ OLIVER W. WANGER
United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com