MARK JOSEPH KENNEY (State Bar No. 87345)
PATRICIA L. MCCLARAN (State Bar No. 95754)
ANDREW W. NOBLE (State Bar No. 245993)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email:  awn@severson.com

Attorneys for Defendants
Countrywide Bank; Mortgage Electronic
Registration System, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VINCENT SIPE,<br><br>    Plaintiff,<br><br>COUNTRYWIDE BANK, SIERRA PACIFIC MORTGAGE COMPANY, INC., BANK OF MADERA COUNTY, COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., FINANCIAL ADVANTAGE, INC., JOHN NORBERG, CAROL DESILVA and DOES 1-20 inclusive,<br><br>    Defendants. | Case No.:  1:09-CV-00798-OWW-DLB<br><br>**ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:    February 8, 2010<br>Time:   10:00 a.m.<br>Dept:    Courtroom 3<br>Judge:  Hon. Oliver W. Wanger<br><br>Complaint Filed: May 4, 2009<br>Trial Date:        None Set<br><br>Accompanying Documents: Motion to Appear By Telephone |

The Court having reviewed the motion to appear by telephone at hearing on motion to dismiss first amended complaint, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that defendants Countrywide Bank and Mortgage Electronic Registration System, Inc. ("defendants"), may appear telephonically at the hearing on defendants' motion to dismiss first amended complaint (Document #15) currently set to be heard on February 8, 2010, at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

The instructions for this appearance are as follows:

Counsel shall contact opposing parties to verify if they also wish to appear telephonically. The parties will need to set up a conference call (either through the operator or on a conference call on an internal phone system). When all parties have been connected to the conference they may dial into Judge Wanger's chambers on one line at (559) 499-5650 at 10:00AM. If opposing counsel/parties wish to appear in person, counsel may appear telephonically by calling chambers directly.

DATED:  February 2, 2010

By: /s/ OLIVER W. WANGER
United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com