1   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
    DANIEL L. BAXTER (SBN 203862)
2   400 Capitol Mall, Twenty-Second Floor
    Sacramento, CA 95814
3   Telephone:    (916) 441-2430
    Facsimile:    (916) 442-6664
4
    Attorneys for Defendant
5   SIERRA PACIFIC MORTGAGE COMPANY, INC.

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  VINCENT SIPE,                          Case No. 1:09-CV-00798-OWW-DLB

12              Plaintiff,                 **ASSIGNED FOR ALL PURPOSES TO U.S.
                                           DISTRICT JUDGE OLIVER W. WANGER,**
13        v.                               **Department 3**

14  COUNTRYWIDE BANK; SIERRA               **ORDER ON DEFENDANTS' MOTIONS
    PACIFIC MORTGAGE COMPANY,              TO DISMISS PLAINTIFF'S FIRST**
15  INC.; BANK OF MADERA COUNTY;           **AMENDED COMPLAINT**
    COUNTRYWIDE DOCUMENT
16  CUSTODY SERVICES, A DIVISION OF
    TREASURY BANK N.A.; MORTGAGE
17  ELECTRONIC REGISTRATION
    SYSTEM, INC.; FINANCIAL
18  ADVANTAGE, INC.; JOHN NORBERG;
    CAROL DESILVA; and Does 1-20,
19  inclusive,
                                           Complaint Filed:  May 4, 2009
20              Defendants.

21

22

23        The motions to dismiss of Defendants SIERRA PACIFIC MORTGAGE COMPANY,

24  INC. ("Sierra Pacific"), COUNTRYWIDE BANK ("Countrywide"), and MORTGAGE

25  ELECTRONIC REGISTRATION SYSTEM, INC. ("MERS") came on regularly for hearing on

26  February 8, 2010 before the Honorable Oliver W. Wanger.  Plaintiff appeared by and through

27  Jonathan G. Stein of the Law Offices of Jonathan G. Stein, Elk Grove, California.  Sierra Pacific

28  appeared by and through Daniel L. Baxter of Wilke, Fleury, Hoffelt, Gould & Birney, LLP,

WILKE, FLEURY,        505873.1                            -1-
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW       **[PROPOSED] ORDER ON DEFENDANTS' MOTIONS TO DISMISS** (Case No. 09-00798 OWW/DLB)

PDF created with pdfFactory trial version www.pdffactory.com

Sacramento, California. Countrywide and MERS appeared by and through Andrew W. Noble of Severson and Werson, San Francisco, California.

After reviewing the paperwork submitted by the parties and hearing oral argument, the Court issued its Memorandum Decision and Order ("Memorandum Decision") granting the Defendants' respective motions to dismiss Plaintiff's First Amended Complaint. That ruling is recorded on the Court's docket as CM/ECF Document No. 37, and the language of the Memorandum Decision is incorporated into this Order as though fully set forth herein.

Based on the above, IT IS HEREBY ORDERED THAT:

1. Sierra Pacific's motion to dismiss Plaintiff's First Cause of Action for Violation of the Truth In Lending Act is GRANTED, and that cause of action (both insofar as it advances claims for damages and rescission) is DISMISSED *WITH* LEAVE TO AMEND.

2. Countrywide and Sierra Pacific's respective motions to dismiss Plaintiff's Second Cause of Action for violation of the Rosenthal Fair Debt Collection Practices Act are GRANTED, and that cause of action is DISMISSED *WITH* LEAVE TO AMEND.

3. Countrywide, MERS, and Sierra Pacific's respective motions to dismiss Plaintiff's Third Cause of Action for Negligence are GRANTED, and that cause of action is DISMISSED *WITH* LEAVE TO AMEND.

4. Countrywide and MERS's motion to dismiss Plaintiff's Fourth Cause of Action for violation of the Real Estate Settlement Procedures Act is GRANTED, and that cause of action as to Countrywide and MERS is DISMISSED *WITH* LEAVE TO AMEND.

5. Sierra Pacific's motion to dismiss Plaintiff's Fourth Cause of Action for violation of the Real Estate Settlement Procedures Act is GRANTED, and that cause of action as to Sierra Pacific is DISMISSED *WITHOUT* LEAVE TO AMEND.

6. Sierra Pacific's motion to dismiss Plaintiff's Fifth Cause of Action for breach of fiduciary duty is GRANTED and that cause of action is DISMISSED *WITHOUT* LEAVE TO AMEND.

/ / /

/ / /

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

505873.1                                    -2-

ORDER ON DEFENDANTS' MOTIONS TO DISMISS (Case No. 09-00798 OWW/DLB)

PDF created with pdfFactory trial version www.pdffactory.com

1        7.      Countrywide, MERS, and Sierra Pacific's respective motions to dismiss Plaintiff's

2 Sixth Cause of Action for fraud are GRANTED, and that cause of action is DISMISSED *WITH*

3 LEAVE TO AMEND.

4        8.      Countrywide, MERS, and Sierra Pacific's respective motions to dismiss Plaintiff's

5 Seventh Cause of Action for Violation of the Unfair Competition Law (California Business and

6 Professions Code section 17200 et seq.) are GRANTED, and that cause of action is DISMISSED

7 *WITH* LEAVE TO AMEND.

8        9.      Sierra Pacific's motion to dismiss Plaintiff's Eighth Cause of Action for breach of

9 contract is GRANTED, and that cause of action is DISMISSED *WITH* LEAVE TO AMEND.

10      10.     Sierra Pacific's motion to dismiss Plaintiff's Ninth Cause of Action for breach of

11 the implied covenant of good faith and fair dealing is GRANTED, that that cause of action is

12 DISMISSED *WITHOUT* LEAVE TO AMEND.

13      IT IS FURTHER ORDERED THAT, as to the causes of action for which amendment has

14 been permitted, Plaintiff shall have until March 18, 2010, inclusive, to file and serve his amended

15 complaint, if any. Defendants shall have thirty (30) days from the date of electronic service of

16 any such amended complaint to answer or otherwise respond to that complaint.

17      IT IS SO ORDERED.

18

19

20 DATED: February 17, 2010          /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

505873.1                              -3-

**ORDER ON DEFENDANTS' MOTIONS TO DISMISS** (Case No. 09-00798 OWW/DLB)

PDF created with pdfFactory trial version www.pdffactory.com