WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
ANTHONY R. EATON (SBN 238070)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
SIERRA PACIFIC MORTGAGE COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SIPE,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE BANK; SIERRA PACIFIC MORTGAGE COMPANY, INC.; BANK OF MADERA COUNTY; COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; FINANCIAL ADVANTAGE, INC.; JOHN NORBERG; CAROL DESILVA; and Does 1-20, inclusive,<br><br>                    Defendants. | Case No. 1:09-CV-00798-OWW-DLB<br><br>**ASSIGNED FOR ALL PURPOSES TO U.S. DISTRICT JUDGE OLIVER W. WANGER, Department 3**<br><br>**ORDER ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br><br><br>Complaint Filed:  May 4, 2009 |

The motions to dismiss of Defendants SIERRA PACIFIC MORTGAGE COMPANY, INC. ("Sierra Pacific"), COUNTRYWIDE BANK ("Countrywide"), and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. ("MERS") came on regularly for hearing on June 21, 2010 before the Honorable Oliver W. Wanger.  Plaintiff appeared by and through Jonathan G. Stein of the Law Offices of Jonathan G. Stein, Elk Grove, California.  Sierra Pacific appeared by and through Anthony R. Eaton of Wilke, Fleury, Hoffelt, Gould & Birney, LLP,

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

566527.1                                   -1-

ORDER ON DEFENDANTS' MOTIONS TO DISMISS (Case No. 09-00798 OWW/DLB)

1   Sacramento, California.  Countrywide and MERS appeared by and through Andrew W. Noble of

2   Severson and Werson, San Francisco, California.

3         After reviewing the paperwork submitted by the parties and hearing oral argument, the

4   Court issued its Memorandum Decision and Order ("Memorandum Decision") granting the

5   Defendants' respective motions to dismiss Plaintiff's Second Amended Complaint.  That ruling is

6   recorded on the Court's docket as CM/ECF Document No. 53, and the language of the

7   Memorandum Decision is incorporated into this Order as though fully set forth herein.

8         Based on the above, IT IS HEREBY ORDERED THAT:

9         1.     Countrywide, MERS, and Sierra Pacific's respective motions to dismiss Plaintiff's

10  First Cause of Action for fraud are GRANTED *WITHOUT* LEAVE TO AMEND.

11        2.     Countrywide and MERS' respective motions to dismiss Plaintiff's Fourth Cause of

12  Action for violation of the Rosenthal Fair Debt Collection Practices Act are GRANTED

13  *WITHOUT* LEAVE TO AMEND.

14        3.     Countrywide, MERS, and Sierra Pacific's respective motions to dismiss Plaintiff's

15  Seventh Cause of Action for Violation of the Unfair Competition Law (California Business and

16  Professions Code section 17200 et seq.) are GRANTED *WITHOUT* LEAVE TO AMEND.

17

18

19

20  IT IS SO ORDERED.

21   Dated:  __**July 30, 2010**__          _____**/s/ Oliver W. Wanger**

22                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

566527.1                         -2-

ORDER ON DEFENDANTS' MOTIONS TO DISMISS (Case No. 09-00798 OWW/DLB)