```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| VINCENT SIPE, ) | 1:09-cv-0798 OWW JLT |
| Plaintiff, ) | ORDER AFTER SCHEDULING CONFERENCE |
| v. ) | |
| COUNTRYWQIDE BANK; SIERRA PACIFIC MORTGAGE COMPANY, INC.; BANK OF MADERA COUNTY; COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; FINANCIAL ADVANTAGE, INC.; JOHN NORBERG, CAROL DESILVA; AND DOES 1-20, INCLUSIVE, ) | Further Scheduling Conference Date: 11/18/10 8:15 Ctrm. 3 |
| Defendants. ) | |

   A Scheduling Conference was held in this case on September 17, 2010.  Plaintiff appeared by and through his attorney Jonathan G. Stein, Esq.  There was no appearance for any Defendant.

   The Court has ruled on pending motions to dismiss.  To the extent that parties Defendant remain in the case, they failed to participate in or appear at the Scheduling Conference.

   A continuance of the conference for sixty (60) days shall be

1

1  granted and following that period of time, it is expected that
2  all parties who have not been dismissed from the case, shall file
3  responsive pleadings and a Joint Scheduling Conference Report in
4  accordance with the Local Rules of the Eastern District of
5  California. Any party failing to do so may be subject to
6  sanctions.
7     A Further Scheduling Conference will be held November 18,
8  2010, at 8:15 a.m. in Courtroom 3.

10 IT IS SO ORDERED.
11 Dated:   September 17, 2010            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE