UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SIPE,<br><br>           Plaintiff,<br><br>             v.<br><br>COUNTRYWIDE BANK,<br><br>           Defendants. | 1:09-cv-00798 OWW DLB<br><br>ORDER TERMINATING MERS AS A DEFENDANT AND STRIKING REFERENCES TO MERS IN THE COMPLAINT |

A July 13, 2010 memorandum decision explained that, although Defendant Mortgage Electronic Registration System, Inc. ("MERS") is named as a defendant in the Second Amended Complaint ("SAC") and is mentioned in the SAC's general allegations, MERS was not specifically named in any SAC cause of action.  Doc. 53 at 2.  Plaintiffs were instructed to "clarify whether or not MERS is still a party to this action and, if not, whether [general] allegations [pertaining to MERS] should be stricken as irrelevant." *Id*.  Plaintiffs have failed to respond to this instruction.  MERS is therefore is DISMISSED WITHOUT PREJUDICE. All references to MERS in the complaint are STRICKEN.


**IT IS SO ORDERED.**

Dated:  __January 3, 2011__             _____/s/ Oliver W. Wanger_____
                                        **UNITED STATES DISTRICT JUDGE**