IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SIPE,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE BANK, et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00798 -- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER TO PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OR DISMISS THE MATTER |

On November 17, 2011, the Court issued an order to show cause why the matter should not be dismissed for failure of Plaintiff to comply with the Court's orders and to prosecute this action. (Doc. 79) On the same day, Plaintiff responded to the order and detailed a series of events including medical emergencies suffered by the families of Plaintiff and his attorney. Id. Counsel assures the Court that within 45 days, he will be in a position to pursue the case. Id.

Therefore, good cause appearing, the order to show cause is **DISCHARGED**.

In addition, the Court **ORDERS** that no later than January 13, 2012, Plaintiff SHALL move the Court for default judgment against Defendant Norberg or file the documents necessary to dismiss the matter.

IT IS SO ORDERED.

Dated: **December 2, 2011**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE