# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SIPE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY WIDE BANK, et al., <br><br> Defendants. | Case No. 1:09-cv-00798 JLT <br><br> **GRANTING IN PART REQUEST FOR ADDITIONAL TIME TO SUBMIT EVIDENCE IN SUPPORT OF DEFAULT JUDGMENT** |

On January 10, 2012, Plaintiff filed his motion for default judgment but failed to set it for hearing. (Docs. 83, 87) On April 16, 2012, the Court set the matter for hearing and heard it on May 24, 2012. (Doc. 94) At the hearing, the Court expressed concern that the measure of damages was <u>not</u> the entire value of the alleged wrongful loan as Plaintiff claimed. Thus, the Court expressed that the motion failed to set forth the lawful measure of damages. Counsel agreed with the Court's analysis and requested additional time to provide evidence, in the form of an expert declaration, which would set forth Plaintiff's lawful damages. Thus, Plaintiff's additional evidence was due on July 6, 2012. (Doc. 94)

Now before the Court is the declaration of counsel seeking 90 days additional to submit the evidence. (Doc. 95) Counsel reports that he has met with various experts but has not yet been able to obtain the needed declarations. Id.

Good cause appearing, the Court **GRANTS IN PART** and **DENIES IN PART** the

1 | request for the extension of time.  Plaintiff is granted 60 days from the date of this order to file the
2 | needed declarations.

IT IS SO ORDERED.

    Dated:  **July 11, 2012**                        **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE